### In re COMMITTEE ON ADMISSION AND PRACTICE.

#### No. MISC. 6–98.

United States Court of Veterans Appeals.

July 29, 1998.

Before NEBEKER, Chief Judge, and KRAMER, FARLEY, HOLDAWAY, IVERS, STEINBERG, and GREENE, Judges.

## ORDER

NEBEKER, Chief Judge.

It is ORDERED that Robert L. Gilliat, Esq., a member of the Committee on Admission and Practice, is designated to serve as Chair, only for the consideration of Case No. 97–8004.